IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA RAMIREZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN REFINING RETAIL, LLC, a limited liability company; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:20−CV−01671−KJM−CKD<br><br>STIPULATED ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT |

      IT IS HEREBY STIPULATED between plaintiff Joanna Ramirez ("Plaintiff") and Defendant Western Refining Retail, LLC ("Defendant") that plaintiff shall have leave to file the First Amended Complaint attached hereto as Exhibit A. The parties further stipulate and agree that defendant shall have all rights to contest the First Amended Complaint on any and all grounds, including by motion or other responsive pleading, and does not waive any defense or ground to contest the First Amended Complaint.  Finally, the parties stipulate and agree that defendant shall have 30 days from the date the First Amended Complaint is filed by the Clerk to file a responsive pleading.

| | | |
|---|---|---|
| **DATED:** September 23, 2020 | | **MAYALL HURLEY P.C.** |

By */s/ John P. Briscoe*
ROBERT J. WASSERMAN
JOHN P. BRISCOE
RACHEL ALLGAIER
Attorneys for Plaintiff

**DATED**: September 23, 2020                           SHOOK, HARDY & BACON L.L.P.

By: _____

Jesus J. Torres
William C. Martucci (*pro hac vice* forthcoming)
Kristen A. Page (*pro hac vice* forthcoming)

Attorneys for Defendant
Western Refining Retail, LLC

ORDER

Having reviewed the terms of the parties' above stipulation, and for good cause showing, IT IS HEREBY ORDERED that plaintiff may file the First Amended Complaint (submitted as **Exhibit A** to the aforementioned stipulation), ECF No. 7, at 5–13.  The clerk is hereby directed to file the First Amended Complaint, and defendant's responsive pleading will be due within 30 days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

This order resolves ECF No. 7.

**DATED:** September 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE