UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA RAMIREZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WESTERN REFINING RETAIL, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-CV-01671-KJM-CKD<br><br>Assigned to: Hon. Kimberly J. Mueller<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: July 16, 2020<br>Amended Complaint Served: September 29, 2020<br>Current Response Date: October 29, 2020<br>New Response Date: November 12, 2020 |

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT

**ORDER**

1.  The current October 29, 2020 deadline for WRR to respond to the First Amended Class Action Complaint is vacated; and

2.  WRR shall file a response to the First Amended Class Action Complaint on or before November 12, 2020.

**IT IS SO ORDERED.**

DATED:  November 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE