**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
rwasserman@mayallaw.com
**JOHN P. BRISCOE (SBN: 273690)**
jbriscoe@mayallaw.com
**RACHEL ALLGAIER (SBN: 318664)**
rallgaier@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**

**Attorneys for Plaintiff Joanna Ramirez**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOANNA RAMIREZ, an individual,**<br><br>    Plaintiff,<br><br>vs.<br><br>**WESTERN REFINING RETAIL, LLC, a limited liability company; and DOES 1-100, inclusive,**<br><br>    Defendants. | **Case No.: 2:20−CV−01671−KJM−CKD**<br><br>**STIPULATED ORDER PERMITTING FILING OF SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED between Plaintiff Joanna Ramirez ("Plaintiff") and Defendant Western Refining Retail, LLC ("Defendant") that (1) Plaintiff shall have leave to file the Second Amended Complaint ("SAC") attached hereto as **Exhibit A** provided Defendant shall have all rights to contest the SAC, including by motion or other responsive pleading, on any and all grounds, (2) the SAC shall be deemed served as of the date this stipulation is approved by the

above-captioned Court, and (3) Defendant shall have twenty-one (21) days from the date of service to respond to the SAC.

**DATED:**  November 5, 2020  **MAYALL HURLEY P.C.**

By  */s/ John P. Briscoe*
ROBERT J. WASSERMAN
JOHN P. BRISCOE
RACHEL ALLGAIER
Attorneys for Plaintiff

**DATED**: November 5, 2020  SHOOK, HARDY & BACON L.L.P.

By: _____

Jesus J. Torres
William C. Martucci (*pro hac vice* forthcoming)
Kristen A. Page (*pro hac vice* forthcoming)

Attorneys for Defendant
Western Refining Retail, LLC

---

**ORDER**

Having reviewed the terms of the parties' above stipulation, and for good cause showing, IT IS HEREBY ORDERED that Plaintiff may file the Second Amended Complaint (submitted as Exhibit A to the aforementioned stipulation). The clerk is hereby directed to file the Second Amended Complaint. The Second Amended Complaint is deemed served as of the date of this order, and Defendant shall file a responsive pleading within twenty-one (21) days of this order.

IT IS SO ORDERED.

**DATED:**  November 16, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE